JT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIFIED SEAFOOD CO., INC., a California corporation, dba FUKUMARU SEAFOOD CO., <br><br> Plaintiff, <br><br> vs. <br><br> PEERLESS INSURANCE COMPANY, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:10-CV-08655-R-FMO <br><br> Hon. Manuel L. Real <br><br> [PROPOSED] ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION |

The Court, having considered the Stipulation for Protective Order Regarding Confidential Information attached hereto as Exhibit "1" filed and executed by Plaintiff and Defendant, and good cause appearing therefor, hereby GRANTS and ENTERS a Protective Order consistent with and incorporating the terms of the Stipulation for Protective Order executed by the parties.

IT IS SO ORDERED:

Dated: **Feb. 4, 2011**



~~Hon. Fernando M. Olguin~~
**MANUEL L. REAL**
United States ~~Magistrate~~ **District** Judge

[Proposed] Order Granting Stipulation for Protective Order Regarding Confidential Information

Page 2

278661.1